**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 458 WAL 2018

       Respondent              :

                                       :   Petition for Allowance of Appeal from

                                       :   the Order of the Superior Court

          v.                      :

                                       :

TIMOTHY BROCK,                 :

                                       :

            Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.